UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>TRIA BEAUTY, INC.,<br><br>       Defendant. | Civil Action No. 12-cv-10915-RWZ |

## NOTICE OF CHANGE OF PARTY NAME

PLEASE TAKE NOTICE that effective June 24, 2013, Palomar Medical Technologies, Inc. has changed its name to **Palomar Medical Technologies, LCC** as a result of a transaction in which Palomar Medical Technologies, Inc. was purchased by Cynosure, Inc.

Palomar Medical Technologies, LLC will continue to be represented by Wilmer Cutler Pickering Hale and Dorr LLP in this Court.

Dated: August 5, 2013

      /s/ Leslie Pearlson
Wayne L. Stoner (BBO # 548015)
Vinita Ferrera (BBO # 631190)
Kate Saxton (BBO # 655903)
Leslie Pearlson (BBO # 675454)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000
(617) 526-5000

**CERTIFICATE OF SERVICE**

      I, Leslie Pearlson, hereby certify that a copy of the foregoing document has been served upon all opposing counsel of record, by ECF on this 5th day of August, 2013.

        /s/ Leslie Pearlson
      Leslie Pearlson

**ActiveUS 113858283v.1**