**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>TRIA BEAUTY, INC.,<br><br>            Defendant. | Civil Action No. 12-cv-10915-RWZ |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF
<u>PLAINTIFF PALOMAR MEDICAL TECHNOLOGIES, LLC</u>**

Pursuant to United States District Court for the District of Massachusetts Local Rule 7.3, Plaintiff Palomar Medical Technologies, LLC (formerly Palomar Medical Technologies, Inc.). states that Cynosure, Inc. owns 10% or more of its stock.

                                                              Respectfully submitted,

                                                              PALOMAR MEDICAL TECHNOLOGIES, LLC

                                                              By their attorneys,

                                                                 /s/ Leslie Pearlson
                                                              Wayne L. Stoner (BBO # 548015)
                                                              Vinita Ferrera (BBO # 631190)
                                                              Kate Saxton (BBO # 655903)
                                                              Leslie Stierman Pearlson (BBO #675454)
                                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                                              60 State Street
                                                              Boston, Massachusetts  02109
                                                              (617) 526-6000
Dated:  August 5, 2013                            (617) 526-5000

ActiveUS 113858275v.2