**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TRIA BEAUTY, INC. <br><br> Defendant. | **Civil Action No. 12-cv-10915-RWZ** |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Joshua L. Stern of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC on behalf of Plaintiff Palomar Medical Technologies, LLC.  This notice is not intended to affect the appearances of any other attorneys, including those of other attorneys from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP already on record as counsel in the above-captioned matter.

Respectfully submitted,

PALOMAR MEDICAL TECHNOLOGIES, LLC,

By its attorneys,

/s/ Joshua L. Stern

Wayne L. Stoner (BBO # 548015)
Vinita Ferrera (BBO # 631190)
Kate Saxton (BBO # 655903)
Leslie Pearlson (BBO # 675454)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000

Joshua L. Stern (BBO #683006)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
(202) 663-6000
(202) 663-6363

Dated: August 13, 2013

## **CERTIFICATE OF SERVICE**

  I, Joshua L. Stern, hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic court filing (ECF) system, this 13th day of August, 2013.

                /s/ Joshua L. Stern
                Joshua L. Stern, BBO # 683006