UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TRIA Beauty, Inc.<br><br>        Defendant. | **Civil Action No. 12-cv-10915-RWZ** |

## STIPULATED ORDER OF DISMISSAL

Pursuant to a settlement, the plaintiff and defendant hereby stipulate and agree, and respectfully request that the Court Order:

1. All claims and counterclaims in this case shall be, and are hereby, dismissed, with prejudice and without costs.

2. All right of appeal are waived.

Dated: December 19, 2013                                              Respectfully Submitted,

| | |
|---|---|
| /s/ Joshua L. Stern_____ | /s/ Christopher J. Mandernach_____ |
| Wayne L. Stoner (BBO #548015) | Bruce R. Genderson (pro hac vice) |
| Vinita Ferrera (BBO #631190) | Aaron P. Maurer (pro hac vice) |
| Kate Saxton (BBO #655903) | Dov P. Grossman (pro hac vice) |
| Leslie Pearlson (BBO #675454) | Ashley W. Hardin (pro hac vice) |
| WILMER CUTLER PICKERING | Christopher J. Mandernach (pro hac vice) |
| HALE AND DORR LLP | WILLIAMS & CONNOLLY LLP |
| 60 State Street | 725 12th Street, NW |
| Boston, MA 02109 | Washington, DC 20005 |
| (617) 526-6000 | (202) 434-5000 |
| | |
| Joshua L. Stern (BBO #683006) | Brendan T. St. Amant (BBO # 672619) |
| WILMER CUTLER PICKERING | DONNELLY, CONROY & GELHAAR, LLP |
| HALE AND DORR LLP | One Beacon Street |
| 1875 Pennsylvania Avenue, NW | 33rd Floor |
| Washington, DC 20006 | Boston, MA 02108 |
| (202) 663-6000 | (617) 720-2880 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Palomar Medical Technologies, LLC.* | *TRIA Beauty, Inc.* |

SO ORDERED:

_____
ZOBEL, J.
U.S. DISTRICT COURT JUDGE


_____
DATE

**<u>CERTIFICATE OF SERVICE</u>**

I, Joshua L. Stern, hereby certify that a true and correct copy of the above document will be served upon the attorney of record for each other party through the Court's electronic court filing (ECF) system on this 19th day of December, 2013.

/s/   Joshua L. Stern_____
Joshua L. Stern, BBO #683006